AO 442 (Rev. 11/11) Arrest Warrant

FILED
OCT 27 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY MM DEP CLK

# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

United States of America
v.
JAMES THOMAS ASHBACHER

*Defendant*

SEALED
Case No. 5:26-CR-00205-M-RN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JAMES THOMAS ASHBACHER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 - 18 U.S.C. § 793(e): Willful Transmission of National Defense Information
Count 11 - 18 U.S.C. § 793(e): Willful Retention of National Defense Information
Count 12 - 18 U.S.C. § 641: Theft of Government Property

Date: 10/06/2026

Carson Pendergrass Deputy Clerk
*Issuing officer's signature*

City and state: RALEIGH, NC

PETER A. MOORE, JR - CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 10/23/26, and the person was arrested on *(date)* 10/27/26
at *(city and state)* Raleigh, NC.

Date: 10/27/2026

[signature]
*Arresting officer's signature*

Jarrett B. Doss Special Agent FBI
*Printed name and title*